**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1162**

---

MAVIS P. SQUIRE,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA, DEPARTMENT OF SOCIAL
SERVICES; COMMONWEALTH OF VIRGINIA, CHILD
SUPPORT ENFORCEMENT; MICHAEL EVANS, Director,
Richmond Department of Social Services,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (CA-96-911-3)

---

Submitted:  May 1, 1997

Decided:  May 8, 1997

---

Before WIDENER and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Mavis P. Squire, Appellant Pro Se.  Craig Matthew Burshem, Assis-
tant Attorney General, Richmond, Virginia; Keith Allen May, CITY
ATTORNEY'S OFFICE, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Appel-
lees' motion to dismiss Appellant's complaint for failure to state
a claim. We have reviewed the record and the district court's opin-
ion and find no reversible error. Accordingly, we affirm on the
reasoning of the district court. <u>Squire v. Virginia</u>, No. CA-96-911-
3 (E.D. Va. Jan. 13, 1997). We dispense with oral argument because
the facts and legal contentions are adequately presented in the ma-
terials before the court and argument would not aid the decisional
process.

<u>AFFIRMED</u>